# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

KHARA INC. and GROUND WORKS CO., LTD.,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:24-cv-04203

Judge Sara L. Ellis

Magistrate Judge Beth W. Jantz

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, KHARA INC. and GROUND WORKS CO., LTD. and Defendant No. 69 Vaxon Direct identified on the Schedule A of the Complaint, file this joint Stipulation of Voluntary Dismissal, without prejudice.

Defendant's Memorandum in Opposition [30] is now moot.

Each party is to bear its own attorneys' fees, costs and expenses.

DATED: June 26, 2024

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

Respectfully submitted,

/s/ Huicheng Zhou
Huicheng Zhou (Bar No. 350005)
Law Office of Huicheng Zhou
25 S. Raymond Ave. Suite 300
Alhambra, Califnornia 91801
Telephone: 626-724-4819
E-mail: huichengzhou.attorney@gmail.com

***ATTORNEY FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 26, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt