# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KHARA INC. and GROUND WORKS CO., LTD., | |
| Plaintiffs, | Civil Action No.: 1:24-cv-04203 |
| v. | Judge Sara L. Ellis |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, KHARA INC. and GROUND WORKS CO., LTD. and Defendant No. 69 Vaxon Direct identified on the Schedule A of the Complaint, file this joint Stipulation of Voluntary Dismissal, without prejudice.

Defendant's Memorandum in Opposition [30] is now moot.

Each party is to bear its own attorneys' fees, costs and expenses.

DATED: June 26, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Keith A. Vogt* | */s/ Huicheng Zhou* |
| Keith A. Vogt (Bar No. 6207971) | Huicheng Zhou (Bar No. 350005) |
| Keith Vogt, Ltd. | Law Office of Huicheng Zhou |
| 33 West Jackson Boulevard, #2W | 25 S. Raymond Ave. Suite 300 |
| Chicago, Illinois 60604 | Alhambra, Califnornia 91801 |
| Telephone: 312-971-6752 | Telephone: 626-724-4819 |
| E-mail: keith@vogtip.com | E-mail: huichengzhou.attorney@gmail.com |
| ***ATTORNEY FOR PLAINTIFF*** | ***ATTORNEY FOR DEFENDANT*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 26, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt